1  GIRARDI | KEESE
2  1126 Wilshire Blvd.
   Los Angeles, CA, 90017
3  (213) 977-0211
   FAX (213) 481-1554
4  JAMES G. O'CALLAHAN, STATE BAR NO. 126975

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| ESTATE OF ANGEL ANTONIO MENDOZA-SARAVIA, by and through his estate administrator, JOSE MENDOZA-SARAVIA; TERESA REYNA MENDOZA-SARAVIA; PEDRO MENDOZA; and ANGIE MELISSA CASTRO, by and through her Guardian ad Litem BLANCA ESTELA CASTRO,<br><br>Plaintiff(s),<br><br>vs.<br><br>FRESNO COUNTY SHERIFF'S DEPARTMENT; CITY OF MENDOTA; COUNTY OF FRESNO; MK BALLISTIC SYSTEMS; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No.  1:10-CV-00618-OWW-SMS<br><br>ORDER TAKING DEFENDANT WEST COAST AMMUNITION'S MOTION TO DISMISS OFF CALENDAR<br><br>Date:  February 14, 2011<br>Time:  10:00 a.m.<br>Courtroom:  3 |
|---|---|

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that having received the Stipulation from Defendant West Coast Ammunition and Plaintiff in the above-captioned matter the COURT HEREBY ORDERS the following:

-1-
[PROPOSED] ORDER

The Motion to Dismiss of West Coast Ammunition scheduled for February 14, 2011 has been taken off calendar pending the filing of plaintiff's Third Amended Complaint on or before March 1, 2011.  After the filing of said Third Amended Complaint defendant West Coast Ammunition has the right to file a responsive pleading including and without limitation a motion to dismiss.

IT IS SO ORDERED.

Dated:   **February 2, 2011**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE