Caroline H. Mankey, SBN 187302
Email: caroline@cypressllp.com
Mark P. Lynch, SBN 133128
Email: mark@cypressllp.com
Douglas P. Roy, SBN 241607
Email: doug@cypressllp.com
CYPRESS, LLP
11111 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
Telephone: (424) 901-0123
Facsimile: (424) 750-5100

Attorneys for Defendant West Coast Ammunition

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANGIE MELISSA CASTRO, a minor, by and through his Guardian ad litem, BLANCA ESTELA CASTRO, individually and as success in interest of ANGEL ANTONIO MENDOZA-SARAVIA, deceased; BLANCA ESTELA CASTRO; TERESA REYNA MENDOZA-SARAVIA; PEDRO MENDOZA;<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>CITY OF MENDOTA; COUNTY OF FRESNO; WEST COAST AMMUNITION; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant(s). | **Case No. 1:10-CV-00618-OWW-SMS**<br><br>**ORDER GRANTING DEFENDANT WEST COAST AMMUNITION'S ADDITIONAL TIME TO FILE RESPONSIVE PLEADING**<br><br>**Hon. Oliver W. Wagner**<br><br>**TAC Filed: 2/28/11**<br>**Trial Date: TBD** |

**TO THE PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, having received and considered the Stipulation of Plaintiffs ANGIE MELISSA CASTRO, BLANCA ESTELA CASTRO, BLANCA ESTELA CASTRO, TERESA REYNA MENDOZA-SARAVIA, and PEDRO MENDOZA (collectively, "Plaintiffs") and Defendant WEST COAST AMMUNITION ("Defendant") (Plaintiffs and Defendant are referred to herein as the "Parties") to extend Defendant's time to file a responsive pleading to Plaintiffs' Third Amended Complaint, and for good cause showing, IT IS HEREBY ORDERED THAT:

Defendant shall have up to and including April 12, 2011, to file a responsive pleading to the Third Amended Complaint.

IT IS SO ORDERED.

Dated:   **March 24, 2011**          **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

CYPRESS, LLP
11111 Santa Monica Boulevard Suite 500
Los Angeles, California 90025
(424) 901-0123

ORDER GRANTING WEST COAST AMMUNITION
ADDITIONAL TIME TO FILE RESPONSIVE PLEADING
1