1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ANGIE MELISSA CASTRO, et al.,                    CASE NO. 1:10-cv-00618-OWW-SMS

10                          Plaintiffs,              ORDER GRANTING CYPRESS, LLP, LEAVE
                                                     TO WITHDRAW AS COUNSEL FOR
11          v.                                       DEFENDANT JAMES KERR d/b/a WEST
                                                     COAST AMMUNITION
12   CITY OF MENDOTA, et al.,

13                          Defendants.              (Doc. 61)
     _____/
14

15          On March 28, 2011, Cypress, LLP, attorneys for Defendant James Kerr d/b/a West Coast

16   Ammunition moved to withdraw as counsel, citing Defendant's inability to continue to pay legal

17   fees (Doc. 61).  Defendant James Kerr submitted a declaration in support of withdrawal, stating

18   his inability to pay further counsel fees.  Defendants City of Mendota and County of Fresno have

19   filed a statement of non-opposition (Doc. 65).  No other party has filed opposition.

20          This court has reviewed the papers and has determined that this matter is suitable for

21   decision without oral argument pursuant to Local Rule 78-230(h).  Having considered all written

22   materials submitted, the undersigned orders that the motion for leave to withdraw be granted.

23          Attorneys may generally withdraw from representation upon the request of the client.

24   Local Rule 83-182(d) provides, in pertinent part, "Withdrawal as attorney is governed by the

25   Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to

26   the requirements of those Rules."  *See* Cal.R.P.C. 3-700(C)(5) (permitting an attorney to

27   withdraw from representation in a pending matter when the client "knowingly and freely

28   consents to termination of the employment").

California's rules require the notice of motion and declaration to be served on the client and all other parties who have appeared in the case.  CRC 3.1362(d).  All parties have been served with the notice of motion to withdraw filed by Cypress, LLP.

**Defendant, James Kerr d/b/a West Coast Ammunition, is advised that failure to take appropriate legal action may result in serious legal consequences, and consideration of obtaining legal assistance is strongly advised.**

**In addition, a "corporation may appear in the federal courts only through licensed counsel."** ***Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).  *See also* Local Rule 183(a) (providing that a corporation or other entity may appear only by an attorney).  A president or shareholder may not represent a corporation in court but must retain appropriate licensed counsel.  *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993), *cert. denied*, 513 U.S. 826 (1994).**

Accordingly, it is hereby ORDERED that the Motion to Withdraw as Counsel for Defendant James Kerr d/b/a West Coast Ammunition, brought by attorneys Cypress, LLP, is GRANTED.  Defendant, James Kerr d/b/a/ West Coast Ammunition, is hereby ORDERED to retain legal counsel within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    April 29, 2011** _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE