IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANGLE ANTONIO MENDOZA-SARAVIA, by and through the administrator, JOSE MENDOZA-SARAVIA, *et. al*, <br><br> Plaintiffs, <br><br> vs. <br><br> FRESNO COUNTY SHERIFF'S DEPARTMENT, *et. al*, <br><br> Defendants. _____/ | CASE NO. CV 10-00618 AWI BAM <br><br> **ORDER TO SHOW CAUSE TO PLAINTIFFS AND WEST COAST AMMUNITION** |

**TO PLAINTIFFS, WEST COAST AMMUNITION AND ITS REPRESENTATIVES:**

On May 2, 2011, the Court granted the motion of the attorneys for defendant West Coast Ammunition to withdraw as counsel of record. Defendant was admonished that pursuant to Local Rule 183, a corporation cannot appear in or prosecute this case without new counsel and must diligently secure new counsel as soon as possible. Counsel has not appeared for defendant.

After the case was reassigned, it came to the Court's attention that defendant remains unrepresented. At a May 3, 2012 status conference, James Kerr, West Coast's representative, stated that West Coast Ammunition is not a corporation and is a sole proprietorship. Plaintiff has alleged that West Coast Ammunition is a corporation.

1    Accordingly, Defendant West Coast Ammunition and plaintiffs are ordered to show cause
2 in writing no later than May 18, 2012 on the entity/corporate status of West Coast Ammunition,
3 and if a corporation, why its answer should not be stricken and default entered.  West Coast
4 Ammunition and plaintiffs are also advised that an ORDER TO SHOW CAUSE hearing is SET
5 for May 24, 2012 at 9:00 am in Courtroom 8.  If the parties provide sufficient evidence of the
6 entity/corporate status of West Coast Ammunition, the hearing may be vacated.

7    IT IS SO ORDERED.

8    Dated:   **May 3, 2012**           /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE