IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE MELISSA CASTRO, by her guardian ad litem Blanco Estela Castro, individually and as successor in interest to ANGEL ANTONIO MENDOZA SARAVIA, BLANCA ESTELA CASTRO, TERESA REYNA MENDOZA-SARAVIA, and PEDRO MENDOZA,<br><br>        **Plaintiffs**,<br>  v.<br><br>CITY OF MENDOTA, COUNTY OF FRESNO, WEST COAST AMMUNITIONS, and DOES 1 through 100, inclusive,<br><br>        **Defendants**. | 1:10-cv-618  AWI  BAM<br><br>ORDER VACATING AUGUST 27, 2012, HEARING AND TAKING MATTER UNDER SUBMISSION AND ORDER TERMINATING JOSE MENDOZA-SARAVIA |

      Currently set for hearing and decision on August 27, 2012, is Defendants' motion for summary judgment.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

      Additionally, the original complaint in this case named Jose Mendoza-Saravia ("Jose") as a plaintiff.  See Doc. No. 2-1.  On August 3, 2012, Judge Wanger dismissed Jose from this case due to lack of standing, but with leave to amend.  See Doc. No. 24.  Plaintiffs subsequently filed a First, Second, and Third Amended Complaint, none of which name Jose as a party.  See Doc. Nos. 25, 30, 54.  Given the omission of Jose as a plaintiff from the amended complaints, Jose is no longer a party to this action.  See Gall v. South Branch Nat'l Bank, 783 F.2d 125, 126 n.1 (8th Cir. 1986).  However, Jose is still listed as an active plaintiff on the docket.  The Court will order the clerk to correct the docket so as to list Jose as a terminated party.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of August 27, 2012, is VACATED, and the parties shall not appear at that time, and as of August 27, 2012, the Court will take Defendants' motion under submission and will thereafter issue its decision; and

2. The Clerk shall change the docket to reflect that Plaintiff Jose Mendoza-Saravia was terminated from this matter on August 31, 2010.

IT IS SO ORDERED.

Dated:   August 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE